FILED

2008 JAN 30  PM 3:58

CLERK US ...
SOUTHERN DISTRICT ...

BY _____ RM _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>                              Petitioner,<br><br>                    v.<br><br>L.E. SCRIBNER, Warden<br><br>                              Respondent. | Civil No.    08-0162 W (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice and with leave to amend.  *See* Rule 3(a), 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this case, he must submit, **no later than <u>April 11, 2008,</u>** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS.**

**IT IS SO ORDERED.**

DATED: _____1/30/08_____          _____

Thomas J. Whelan
United States District Judge