

08CV0162 W(LSP)

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147995      - KD

February 22, 2008
16:30:28

### Habeas Corpus
USAO #.: 08-0162
Judge..: THOMAS J WHELAN
Amount.:                $5.00 CK
Check#.: 111-088699

Total-> $5.00

FROM: HABEAS FILING FEE

FILED

2008 JAN 30 PM 3:58

CLERK, U.S.
SOUTHERN DISTRICT...

BY RM ......DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>                      Petitioner,<br><br>    v.<br><br>L.E. SCRIBNER, Warden<br><br>                      Respondent. | Civil No. 08-0162 W (LSP)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

    Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice and with leave to amend. *See* Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than April 11, 2008**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **THE CLERK OF COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS.**

    IT IS SO ORDERED.

DATED: 1/30/08

Thomas J. Whelan
United States District Judge

-1-

08cv0162