EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Deputy Attorney General
LINNEA D. PIAZZA, State Bar No. 246868
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2221
 Fax: (619) 645-2581
 Email: Linnea.Piazza@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>                      Petitioner,<br><br>           v.<br><br>L.E. SCRIBNER, WARDEN,<br><br>                      Respondent. | 08CV0162 W (LSP)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE.**<br><br>Judge:     The Honorable Leo S. Papas |

     Respondent L.E. Scribner, Warden of Calipatria State Prison, lodges the following documents in support of his Motion to Dismiss the Petition for Writ of Habeas Corpus:

     Lodgment 1 - Legal Status Summary;

     Lodgment 2 - Subsequent Parole Consideration Hearing Transcript,

          dated November 16, 2005;

     Lodgment 3 - Imperial County Superior Court Petition,

          Case Number HC17081;

     Lodgment 4 - Superior Court Order;

1. Lodgment 5 - Appellate Court Petition;
2. Lodgment 6 - Appellate Court Order;
3. Lodgment 7 - California Supreme Court Petition;
4. Lodgment 8 - Report and Recommendation Regarding Respondent's Motion to
5.    Dismiss Petition, Case No. 06-CV-2493-JIM (CAB);
6. Lodgment 9 - Notice Regarding Possible Failure to Exhaust and One-Year Statute of
7.    Limitations;
8. Lodgment 10 - Respondent's Notice of Motion to Dismiss Petition for Writ of Habeas
9.    Corpus;
10. Lodgment 11 - Memorandum of Points and Authorities in Support of Motion to
11.    Dismiss Petition;
12. Lodgment 12 - Opposition to Motion to Dismiss Petition;
13. Lodgment 13 - Order Adopting Report and Recommendation;
14. Lodgment 14 - Judgment; and
15. Lodgment 15 - California Supreme Court Order.
16. Dated: April 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Deputy Attorney General

/s/ Linnea D. Piazza

LINNEA D. PIAZZA
Deputy Attorney General
Attorneys for Respondent

LDP/scb
70117407.wpd
SD2008700177

Respondent's Notice of Lodgment in Support of Motion to Dismiss      Case No. 08CV0162 W (LSP)

2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Alve v. Scribner**

No.:   **08CV0162 W (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On April 10, 2008, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

ALEJANDRO ALVE
CDC # B-77176
CALIPATRIA STATE PRISON
POST OFFICE BOX 5003
CALIPATRIA, CA 92233-5003

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Diego, California.

S. Banks
_____          _____
         Declarant                                    Signature

70120296.wpd