```
ALEJANDRO ALVE, #B-77176
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

Petitioner, In Pro Per
```

FILED

2008 APR 30 PM 2:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___Rm___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE, ) | 08CV0162 W (LSP) |
| Petitioner, ) | APPLICATION FOR AN |
| v. ) | ENLARGEMENT OF TIME |
| L.E. SCRIBNER, Warden, ) | |
| Respondent. ) | Hon. Leo S. Papas |
| ) | U.S. Magistrate Judge |

　　Petitioner *in pro se*, Alejandro Alve, respectfully moves this Court for an enlargement of time to and including June 11, 2008, by which to file his "Opposition" to respondent's Motion To Dismiss Petition For Writ Of Habeas Corpus.

　　This application is made for good cause as set forth in the attached declaration, and the records currently on file in the instant case.

　　Dated: April 27, 2008

Respectfully submitted,

*/s/ Alejandro Alve*
ALEJANDRO ALVE
Petitioner, In Pro Per

///

-1-

## DECLARATION OF ALEJANDRO ALVE

I, ALEJANDRO ALVE, hereby declare:

1. I am the Petitioner <u>in pro se</u> to the within matter pending in these habeas corpus proceedings. And, this is my First application for an enlargement of time by which to file my Opposition to respondent's Motion To Dismiss Petition For Writ Of Habeas Corpus.

2. I am unable to comply with the current deadline of May 12, 2008 [see Order Requiring Response to Petition, filed Feb. 26, 2008], because I am awaiting information I requested from both the Imperial and San Diego County superior courts, which is necessary and will be relevant to this Court's determination of the one-year limitations period prescribed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). (<u>See</u> 28 U.S.C. § 2244(d).)

3. In its Motion to Dismiss Petition for Writ of Habeas Corpus (hereinafter "MTD"), respondent asserts the AEDPA clock began to tick in the instant case "as early as November 17, 2005," or, alternatively, "the day after [the] Board's decision became final on March 16, 2006." (MTD at pp. 4-5.) Additionally, Respondent argues 1) that my state habeas petition was first filed on June 19, 2006 [MTD at 5], and 2) that the instant federal petition is untimely within the meaning of 28 U.S.C. § 2244, <u>i.e.</u>, because it was filed "16 days after the limitations period expired." (MTD at 7.)

4. Respondent's assertion that my state petition was filed on June 19, 2006, however, is in error. For example, following the State Board's decision, I filed my initial state petition in

1  the Imperial County superior court sometime in early January
2  2006, which was held therein (or remained pending) until May,
3  2006, when I wrote the court to inquire about the status of my
4  petition, and it was at this point in time when the Imperial
5  court instructed me to, instead, file my petition in San Diego
6  County. I, thereafter, filed filed my second state petition in
7  the San Diego County around (I believe, as early) June, 2006,
8  which was dismissed without prejudice, at which point I then
9  re-filed my third state petition therein, presumably, on June
10 19, 2006. In short, there were a total of three state petitions
11 filed in two separate superior courts.
12     5. On April 20, 2008, I mailed letters to both the Imperial
13 and San Diego County superior courts to obtain information about
14 my efforts to seek collateral review of the State Board's
15 decision, i.e., information regarding each separately-filed
16 state petition(s), which I need (and may later be used as
17 exhibits) to adequately oppose Respondent's untimeliness
18 argument. [See attched EX."A"]
19     6. For the foregoing reasons, it is respectfully requested
20 that an enlargement of time is granted to and including June 11,
21 2008
22     I declare under penalty of perjury under the laws of the
23 State of California that the foregoing is true and correct.
24 Executed on this 27th day of April, 2008, at Calipatria, County
25 of Imperial, California.
26
27                                      ALEJANDRO ALVE
                                        Declarant, In Pro Per
28 ///

E X H I B I T

"A"

ALEJANDRO ALVE, #B-77176
CALIPATRIA STATE PRISON
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002


IMPERIAL COUNTY SUPERIOR COURT
939 WEST MAIN STREET
EL CENTRO, CA., 92243-2842


Re:   In re ALEJANDRO ALVE on Habeas Corpus
      Case No. HC17081
      (CIVIL CASE DOCKET SHEET & INFORMATION REQUEST)


To the Clerk of the above-entitled Court:

Sometime in January 2006, I submitted for filling with this Court my state Petition for Writ of Habeas Corpus, however,, my petition was not decided by this Court. Instead, I was directed to file my petition in the Superior Court of San Diego County.

Presently, I have a federal habeas petition pending in the U.S. Dist. Ct. for the Southern Dist. of Calif., in Case No. 08-CV-0162 W (LSP), which will decide if whether my federal petition is timely or if whether I am entitled to tolling of limitations period proscribed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). (See 28 U.S.C. 2244(d).) Generally, a state prisoner has one-year from the date upon which a judgment becomes final in which to seek federal habeas relief. (Id.)

Here, the Attorney General alleges that I filed my state habeas petition on June 19, 2006, which is actually the date I filed my subsequent state petition in San Diego County, as I was directed to do so by this Court.

Thus, if possible, I would like to request a printout of the Civil Case Docket Sheet and other helpful information (e.g., notices issued by the Clerk) regarding my state habeas petition filed with this Court in January 2006, but I am not certain if the case number (above) is correct.

This information is needed to support a statutory tolling claim in my federal habeas proceedings, and your personal assistance with this matter is highly appreciated.

Dated: 4/20/08

Sincerely,

ALEJANDRO ALVE

ALEJANDRO ALVE, #B-77176
CALIPATRIA STATE PRISON
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002


SAN DIEGO COUNTY SUPERIOR COURT
220 WEST BROADWAY
SAN DIEGO, CA., 92101-3409


    Re: In re ALEJANDRO ALVE on Habeas Corpus
        Case No. CR36086
        (CIVIL CASE DOCKET SHEET & INFORMATION REQUEST)


To the Clerk of the above-entitled Court:

    Sometime in May 2006, I filed my *first* state Petition for Writ of Habeas Corpus in this Court.

    Presently, I have a federal habeas petition pending in the U.S. Dist. Ct. for the Southern Dist. of Calif., in Case No. 08-CV-0162 W (LSP), which will decide if whether my federal petition is timely or if whether I am entitled to tolling of limitations period proscribed bt the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). (See 28 U.S.C. 2244(d).) Generally, a state prisoner has one-year from the date upon which a judgment becomes final in which to seek federal habeas relief. (Id)

    Here, the Attorney General alleges that I filed my state habeas petition in this Court on June 19, 2006, which is actually the date I filed my *second* state petition in this Court, not my first. My "first" petition was submitted or filed in this Court (I believe) sometime in May 2006; and, it was thereafter dismissed without prejudice sometime early June 2006.

    Thus, if possible, I would like to request a printout of the Civil Case Docket Sheet and other helpful information (e.g., court minutes) regarding *only* my "first" state habeas petition filed in this Court soemtime in May 2006.

    This information is needed to support a statutory tolling claim in my federal habeas proceedings, and your personal assistance with this matter is highly appriciated.

Dated:   4/20/08                                        Sincerely,

                                                              ALEJANDRO ALVE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE

_____:

              Petitioner,

Case No.  08-0162  W (LSP)

V.

PROOF OF SERVICE

L.E. SCRIBNER, WARDEN

_____:

              Respondent.

_____/

I the undersigned hereby certify that I am over the age of eighteen years, and am a party to the above-entitled Action.

On __4/27/08__, I served a copy of:

APPLICATION FOR AN ENLARGEMENT OF TIME

By placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>880 FRONT STREET, SUITE 4290<br>SAN DIEGO, CA., 92101-8900 | LINNEAD D. PIAZZA<br>DEPUTY ATTORNEY GENERAL<br>110 WEST A STREET, SUITE 1100<br>SAN DIEGO, CA., 92101 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __4/27/08__

                                                    ALEJANDRO ALVE