## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ALVE                                   v. SCRIBNER                          No. 08-0162-W(LSP)

HON. LEO S. PAPAS      CT. DEPUTY TRISH LOPEZ      Rptr.
                                Attorneys
      Plaintiffs                                          Defendants

Petitioner's Application for Enlargement of Time to File Opposition to Respondent's Motion to Dismiss (Doc. # 7) is GRANTED.

The date by which Petitioner shall file an Opposition to Respondent's Motion to Dismiss is extended to June 11, 2008.

DATED: May 1, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge