ALEJANDRO ALVE
B-77176    B2-239L
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002

FILED

2008 JUN 10 PM 2: 40

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___Rm_____DEPUTY

NUNC PRO TUNC

JUN - 6 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE

        Petitioner,

v

L.E. SCRIBNER, WARDEN,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

CV No.  08-0162  W  (LSP)

MOTION FOR AN ORDER TO DIRECT ATTORNEY GENERAL TO PROVIDE THE COURT AND THE PETITIONER WITH STATE COURT RECORD THAT IS MATERIAL AND RELEVANT TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

Please Take Notice that petitioner, Alejandro Alve, hereby moves the Court for an Order to direct the Deputy Attorney General, Linnead D. Piazza, Attorney for Respondent, to provide the Court and the Petitioner with a copy of the Civil Docket Sheet and Notices, etc., issued by both Courts:  Superior Court, Imperial County, Cases No. EHC-00173; HC17081.  Superior Court, San Diego County, Case No. CR36086.

This Motion is made in good cause on the grounds that the record requested is both material and relevant to file an Opposition to Respondent's Motion to Dismiss and to this Court's decision whether petitioner's federal petition is timely or whether he is entitled to statutory tolling as set forth in the attached declaration and the record currently on file in the instant Case.

Dated: _6/4/08_

Respectfully submitted,

ALEJANDRO ALVE

-1-

## DECLARATION OF ALEJANDRO ALVE

I, Alejandro Alve, hereby declare:

1.      I am the petitioner in pro se  to the within matter pending in this habeas corpus proceedings.

2.      On April 27, 2008, I submitted before the Court an "Application for an Enlargement of Time" on the grounds that I was awaiting information I had requested from both the Imperial and San Diego County Courts.  (See Application for Enlargement of Time, at EX. "A")

The Court granted the Application for Enlargement of Time up and until June 11, 2008.  However, to date, the state courts have not provided me with the record requested, i.e., Civil Docket Sheet and Notices, etc., issued by the courts.

Without the record requested from the state courts, I am unable to comply with the current deadline of June 11, 2008, to file an Opposition to Respondent's Motion to Dismiss.

Therefore, having made every effort and used the only avenue (mail) available to me, as a state prisoner, to acquire the requested record that is material and relevant to refute Respondent's Argument, I am approaching this Court for an Order hereto submitted to acquire the record to thus submit the Opposition to Respondent's Motion to Dismiss and refute Respondnet's contentions.

3.      In his Motion to Dismiss, Respondent asserts that the state petition was initially filed on June 19, 2006, and he proffered Case No. HC17081 as proof that 94 days had elapsed on the one-year statute of limitation period. (See Respondent's Motion to Dismiss, at p. 5)  Respondent's assertion is in error.  The initial state petition was filed on January 23, 2006 in Superior Court, Imperial County, Case No. EHC-00713. 1/

4.      The record requested will serve to prove that on January 23, 2006, I filed the petition for Writ of Habeas Corpus in the Superior Court, Imperial County, Case No. EHC-00713.  Further, that the Court did not decided the

1/  Case No. HC17081 is not relevant to the Case and evidently not petitioner's

-2-

the Case but rather held it or remained pending until I wrote the Court to inquire about the status of the petition and that it was at this time when the Superior Court, Imperial County, instructed me to file the petition in the Superior Court, San Diego County.

5.     The record requested will prove that following the Superior Court, Imperial County, instructions, I submitted the petition in Superior Court, San Diego County on April - May 2006. Moreover, that together with the petition, I submitted a MOTION for an Order. Therein , I requested the Court to order Administration at Calipatria State Prison, to afford me the opportunity to be escorted to the "Legal Library" to enable me to make a copy of the Board of Prison Terms Transcripts to sent to the Court. In the context of the Motion I explained to the Court that the prison had been under **"lockdown status"** and consequently I was unable to go to the Legal Library without a "Court Deadline Order" issued by the Court.

The Court denied the MOTION; and further dismissed the petition for Writ of Habeas Corpus without prejudice, that was around the month of May, 2006.

After the Lockdown", a couple of weeks after the Court had denied the MOTION ; and dismissed the petition, I re-submitted the petition to the Court together with a copy of the BPT Transcripts. Being this the **second petition** that was submitted before the Superior Court, San Diego County; presumbly the June 19, 2006 petition refered to by the Respondent. (See Respondent's Motion to Dismiss, at p. 5)

6.     For the foregoing reasons, it is respectfully requested the Court grant the MOTION FOR AN ORDER TO DIRECT THE ATTORNEY GENERAL TO PROVIDE THE COURT AND THE PETITIONER WITH THE STATE RECORD to enable me to file the OPPOSITION TO RESPONDENT'S MOTION TO DISMISS, and prove thus that the Case is not barred by the AEDPA; and consequently, the record will serve the Court in its decision to determine whether the federal petition was filed timely or whether I am entitled to statutory tolling.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/4/08

Respectfully submitted

ALEJANDRO ALVE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE

Petitioner,

Case No.  08-0162 W (LSP)

V.

PROOF OF SERVICE

LE. SCRIBNER, WARDEN

Respondent.

I the undersigned hereby certify that I am over the age of eighteen years, and am a party to the above-entitled Action.

On __6/4/08__, I served a copy of:

MOTION FOR AN ORDER TO DIRECT ATTORNEY GENERAL TO PROVIDE THE COURT AND THE PETITIONER WITH STATE COURT RECORD THAT IS MATERIAL AND RELEVANT TO FILE AN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

By placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA., 92101-8900

LINEAD D. PIAZZA
DEPUTY ATTORNEY GENERAL
110 WEST A STREET, SUITE 1100
SAN DIEGO, CA., 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6/4/08__