UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE,<br><br>          Petitioner,<br><br>v.<br><br>L.E. SCRIBNER, Warden,<br><br>          Respondent. | Civil No. 08-0162-W(LSP)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR ORDER TO DIRECT ATTORNEY GENERAL TO PROVIDE TO THE COURT AND PETITIONER THE STATE COURT RECORD<br>(Doc. # 10) |

    On January 25, 2008, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254. On April 10, 2008, Respondent filed a Motion to Dismiss the Petition. On April 30, 2008, Petitioner filed an Application for Extension of Time to Respond to Respondent's Motion to Dismiss. On May 1, 2008, the Court granted Petitioner's Application and extended the time for Petitioner to respond to the Motion to Dismiss to June 11, 2008.

    On June 6, 2008, Petitioner filed a "Motion For Order to Direct Attorney General To Provide The Court And The Petitioner With State Court Record That Is Material And Relevant To File An Opposition to Respondent's Motion." ("Petitioner's Motion") Petitioner's Motion includes Petitioner's declaration which

contends:

1. Petitioner requires the relevant state court record to oppose Respondent's Motion to Dismiss.

2. Respondent's Motion to Dismiss asserts that on June 19, 2006, Petitioner filed a Petition for Writ of Habeas Corpus in the San Diego Superior Court (Case No. HC 17081).

3. However, Respondent's assertion is erroneous because on January 23, 2006, Petitioner filed a Petition for Writ of Habeas Corpus in the Imperial County Superior Court (Case No. EHC-00713).

4. The Imperial County Superior Court did not rule on the January 23, 2006 Petition, but instructed Petitioner to file the Petition in the San Diego Superior Court.

5. Petitioner also submitted to the San Diego Superior Court a motion seeking library access in order to photocopy the Board of Prison Terms ("BPT") transcript of his parole hearing, which was the subject of the Petition filed in the San Diego Superior Court and the Petition now pending before this Court. In the motion, Petitioner indicated that the prison had been under "lockdown status" and he was unable to go to the library without a "Court Deadline Order." The San Diego Superior Court denied the motion. Later, the San Diego Superior Court dismissed the Petition.

6. After the prison was not on "lockdown" status, Petitioner made copies of the BPT's transcript and on or about June 19, 2006, resubmitted the Petition to the San Diego Superior Court.

On April 10, 2008, Respondent lodged with the Court the relevant portions of the state court record. Petitioner's June 19, 2006 Petition is contained in the lodgments. (Respondent's Lodgment No. 3, case no. HC 17081) However, Petitioner's January 23, 2006

1  Petition (case no. EHC-00713) filed in the Imperial County Superior
2  Court is not included in the lodgments.
3      Petitioner contends that on January 23, 2006, he filed a
4  Petition for Writ of Habeas Corpus in the Imperial County Superior
5  Court. However, Respondent has not had the opportunity to respond
6  to this contention. Therefore, for purposes of Respondent's Motion
7  to Dismiss, the Court will assume, **absent presentation of contrary**
8  **evidence**, that on January 23, 2006, Petitioner filed a Petition for
9  Writ of Habeas Corpus in the Imperial County Superior Court.
10     On or before July 13, 2008, Petitioner shall file an
11 Opposition to Respondent's Motion to Dismiss.
12     On or before August 7, 2008, Respondent may file a Reply to
13 Petitioner's Opposition.
14     Petitioner's Motion is GRANTED in part and DENIED in part.

16 DATED:  June 11, 2008

20   Hon. Leo S. Papas
     U.S. Magistrate Judge