ALEJANDRO ALVE
B-77176   B2-239L
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002

FILED

2008 JUN 11 PM 4:08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ALVE<br><br>      Petitioner,<br><br>V.<br><br>L.E. SCRIBNER, WARDEN,<br><br>      Respondent. | CASE No. 08 CV 0162 W (LSP)<br><br>APPLICATION FOR AN<br>ENLARGEMENT OF TIME |

Petitioner *in pro se*, Alejandro Alve, respectfully moves this Court for an enlargement of time to and including July 6, 2008, by which time to file his "Opposition" to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

This application is made in good cause as set forth in the attached declaration, and the records currently on file in the instant Case.

Dated: 6/8/08

Respectfully submitted,

*/s/ Alejandro Alve*
ALEJANDRO ALVE
Petitioner, in Pro se.

-1-

CR

<u>DECLARATION OF ALEJANDRO ALVE</u>

I, ALEJANDRO ALVE, hereby declare:

1. I am the petitioner <u>in pro se</u>, to the within matter pending in these habeas corpus proceedings. And, this is my Second application for an enlargement of time by which to file my opposition to Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

2. I am unable to comply with the current deadline of June 11, 2008 [See Order granting Application for Enlargement of Time filed May 1, 2008], because I am awaiting both information requested from Imperial and San Diego County Superior Courts; and this Court's ruling on the Motion submitted before it for an Order to direct Deputy Attorney General, Linnead D. Piazza, Attorney for Respondent to provide the Court and the petitioner with a copy of the Civil Docket Sheet, Notices, etc., issued by both courts, Superior Court, Imperial County, Cases No. EHC-00713, filed in January 23, 2006 and HC17081 [proffered by Respondent as filed on June 19, 2006]; Superior Court, San Diego County, Cases No. CR36086 [First petition filed in this Court around April, 2006; dismissed without prejudice on or around late May, 2006); and re-submitted on June, 2006.

3. The awaited State Record is material and relevant to file an adequate Opposition to Respondent's Motion to Dismiss.

4. For the foregoing reasons and record on file, it is respectfully requested that an enlargement fo time be granted to and including July 6, 2008, by which time this Court's ruling on the Motion submitted before it will have been ruled on, or the State Courts provide petitioner with the requested record sought.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/8/08

Respectfully submitted,

ALEJANDRO ALVE

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE

                Petitioner,

Case No. __08 CV 0162 W (LSP)__

V.

PROOF OF SERVICE

L.E. SCRIBNER, WARDEN

                Respondent.

I the undersigned hereby certify that I am over the age of eighteen years, and am a party to the above-entitled Action.

On __6/8/08__, I served a copy of:

APPLICATION FOR AN ENLARGEMENT OF TIME

By placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA., 92101-8900

LINNEAD D. PIAZZA
DEPUTY ATTORNEY GENERAL
110 WEST A STREET, SUITE 1100
SAN DIEGO, CA., 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __6/8/08__

*/s/ Alejandro Alve*
ALEJANDRO ALVE

-3-