**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

ALVE                          v. SCRIBNER                          No. 08-0162-W(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.

Attorneys

Plaintiffs                                                    Defendants

Petitioner's Application for Enlargement of Time (Doc. # 12) is DENIED as moot.
See Order of June 11, 2008.

On or before July 13, 2008, Petitioner shall file on Opposition to Respondent's Motion to Dismiss.

DATED: June 12, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge