1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  LINNEA D. PIAZZA, State Bar No. 246868
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2221
    Fax: (619) 645-2581
9   Email: Linnea.Piazza@doj.ca.gov

10 Attorneys for Respondent

11

12           IN THE UNITED STATES DISTRICT COURT

13          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | **ALEJANDRO ALVE,** | 08CV0162 W (LSP) |
|---|---|---|
| 16 | Petitioner, | **RESPONDENT'S SUPPLEMENTAL NOTICE OF LODGMENTS IN SUPPORT OF WITHDRAWAL OF MOTION TO DISMISS.** |
| 17 | v. | |
| 18 | **L.E. SCRIBNER, WARDEN,** | |
| 19 | Respondent. | Judge:  The Honorable Leo S. Papas |
| 20 | | |

21    Respondent L.E. Scribner, Warden of Calipatria State Prison, originally filed in support of

22 the Motion to Dismiss filed on April 10, 2008. Respondent now moves to withdraw the Motion

23 to Dismiss and lodges these supplemental documents in support thereof. So as not to create

24 confusion, the documents are numbered consecutively following the last numbered lodgment in

25 Respondent's Motion to Dismiss.

26    Lodgment 16 - Imperial County Superior Court Petition, Case No. ECH-00713;

27    Lodgment 17 - San Diego Superior Court Petition, Case No. HC17081, 4th Petition;

28    Lodgment 18 - Imperial County Superior Court Order, Case No. ECH-00713; and

1  Lodgment 19 - San Diego County Superior Court Order, Case No. HC17081, 4th Petition.

2  Dated: June 26, 2008

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
Attorney General of the State of California

5  DANE R. GILLETTE
Chief Assistant Attorney General

6

7  JULIE L. GARLAND
Senior Assistant Attorney General

8  HEATHER BUSHMAN
Supervising Deputy Attorney General

9  /s/ Linnea D. Piazza

10

11  LINNEA D. PIAZZA
Deputy Attorney General
12  Attorneys for Respondent

13  LDP/scb
14  70128275.wpd
SD2008700177

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Alve v. Scribner**

No.:   **08CV0162 W (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 26, 2008, I served the attached **RESPONDENT'S SUPPLEMENTAL NOTICE OF LODGMENTS IN SUPPORT OF WITHDRAWAL OF MOTION TO DISMISS.** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

ALEJANDRO ALVE
CDC # B-77176
CALIPATRIA STATE PRISON
POST OFFICE BOX 5003
CALIPATRIA, CA 92233-5003

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 26, 2008, at San Diego, California.

S. Banks
_____
Declarant

_____
Signature

70128692.wpd