ALEJANDRO ALVE
B-77176   B2-239L
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002

FILED

2008 JUN 26 PM 2: 58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE,                )     Case No.  08 CV 0162 W (LSP)
                               )
            Petitioner,        )
                               )
V.                             )     OPPOSITION TO RESPONDENT'S
                               )     MOTION TO DISMISS.
L.E. SCRIBNER, WARDEN,         )
                               )
            Respondent.        )
_____/

   Petitioner hereby submits his OPPOSITION to Respondent's MOTION TO DISMISS and declares as follows:

   In his Motion to Dismiss, Respondent contends that petitioner's delay in filing his state superior petition 94 days after the Board's final decision caused the petitioner to file his federal petition 16 days after the statute of limitations period had expired under the "AEDPA." (See, Motion to Dismiss, at pp. 5, 7 ) 1/ Respondent's contention is in error and his Argument is refuted by the record currently on file in the instant Case and exhibits submitted hereto.

   The record in the instant Case shows that on December 16, 2005, petitioner requested from the Board of Prison Terms, at Sacramento, Ca., the Board's Hearing Transcripts to enable him to appeal the Board's final decision. (See, EX., A, Outgoing Legal Mail Record Log, dated 12/16/05) Upon receiving the Board's Hearing

---

1/ Respondent proffered Case No. HC17081, Imperial County [Lodgment #3] to support the 94 day delay Argument. The Case, however, is not relevant; and petitioner is not aware of what the Case pertains to.

-1-



Transcripts, on January 20, 2006, petitioner mailed out the habeas petition to both Superior Court and District Attorney's Office, Imperial County. (See, Outgoing Legal Mail Record Log, dated 1/20/06) Thereupon, on January 23, 2006, the habeas petition was filed and assigned Number EHC-00713 in Superior Court, Imperial County. On March 9, 2006, the court denied the petition <u>Without Prejudice</u> with instructions to submit it to "the sentencing Court." (See, EX., B, Court Order, dated 3/9/06)

Thereafter, on March 22, 2006, petitioner approached the Court, Imperial County, and requested from it the Original documentation he had submitted to the Court. In his request to the Court, petitioner explained that due to the prison's current lock-down status he was without a copy of the Board's Hearing Transcripts to sent to "the sentencing court" as he was instructed to do so.
The Court explained to petitioner that the "Original" petition had already been filed and could not be sent to him. In instead, the Court sent him a copy. (See, EX., A, Outgoing Legal Mail Record Log, dated 3/22/06) Accordingly, on March 30, 2006, petitioner mailed out the habeas petition to the Superior Court, San Diego County, as he was instructed to do so .
Together with the habeas petition, petitioner submitted a MOTION requesting from the Court a "Court Deadline Order." In his MOTION, petitioner explained to the Court that due to the prison's current lock-down status he was unable to include a copy of the Board's Hearing Transcripts with the habeas petition; adding, that only via a "Court Deadline Order" would afford petitioner the opportunity to be escorted to the Legal Law Library to make the copy of the Baord's Hearing Transcripts to furnish the Court with it. The Court, Superior Court, San Diego County, denied petitioner's MOTION for a "Court Deadline Order" and dismissed the Case <u>Without Prejudice</u>. (See, EX., A, Outgoing Legal Mail Record Log, dated 3/30/06)

A couple of weeks after the Superior Court, San Diego County, had denied petitioner's MOTION and dismissed his habeas petition, the prison's lock-down status concluded. Thereupon, on June 19, 2006, petitoiner re-submitted the habeas petition, together with the copy of the Board's Hearing Transcripts, to the Superior Court, San Diego County. (See, EX., A, Outgoing Legal Mail Record Log, dated 6/20/06)

As shown, the one-year AEDPA statute of limitations period challenging the Board's suitability decision began to run on this Case in January 20, 2006. <u>28 U.S.C.</u>

§2244(d)(1)(D); Redd, 343 F 3d at 1082-1085.

Once the limitations period begins to run, an application is "pending" from the time a petitioner files his first application for state court review, and until he receives a decision on his final application for state review. Carey V Saffold, 536 U.S. 214, 217-220, 122 S.Ct. 2134, 153 L Ed 2d 260 (2002). Thus tolling generally includes the interval between the dismissal of one state application and the filing of the next.

Therefore, petitioner is entitled to statutory tolling from the date the Board's decision became final to the date he filed his state superior court petition on January 20, 2006 (See, EX., B); and to the filing of the next in Superior Court, San Diego County, on March 30, 2006. Petitioner is also entitled to statutory tolling from the time the Superior Court, San Diego County, dismissed the Case, Without Prejudice to the time petitioner re-submitted the petition back to Superior Court, San Diego County, on June 19, 2006. (See, EX., A, Outgoing Legal Mail Record Log, dated 6/20/06) 2/

Moreover, petitoiner is entitled to tolling for the period between the court's decision denying his petition on August 16, 2006 [Lodg. 3; Lodg. 4 Superior Court Order] and up to the filing of his appellate court petition on August 27, 2006 and the appellate's Court Order denying the petition on October 23, 2006. [Lodg. 4; Lodg. 5; Lodg. 6]. Thus petitioner is entitled to tolling from January 19, 2006 to October 23, 2006.

Petitioner contends that from January 19, 2006 to October 23, 2006, petitioner's state applications were filed within a "reasonable time" and thus considered pending. Carey V Saffold, 536 U.S. 214, 217-229, 122 S.Ct. 2134, 153 L Ed 2d 260 (2002); Evans V Chavis, 546 U.S. 189, 126 S.Ct. 846, 849, 163 L Ed 2d 684 (2002) ["reasonable time," 30 to 60 days Chavis, 546 U.S. at 199-201].

Petitioner concedes with Respondent's point that the time period between the appellate court's denial, on October 23, 2006, and the filing of his California Supreme Court petition, on August 1, 2007 (while the habeas petition was pending

---

2/  Under the prison mailbox rule, "a prisoner's federal habeas petition should be considered to have been filed when he gave it to prison authorities for mailing." Jenkings V Johnson, 330 F 3d 1146, 1149 n.2 (9th Cir. 2003).

in this Court, Southern District) is not entitled to statutory tolling. <u>Jimenez V Rice</u>, 276 F 3d 478 (9th Cir. 2001) ["application of federal habeas corpus relief does not toll the limitations period" under AEDPA), citing <u>Ducan V Walker</u>, 533 U.S. 167, 121 S.Ct. 2120, 150 L Ed 2d 251(2001). Therefore, petitioner is not entitled to statutory tolling for the <u>282 day period</u>, only.

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") established a one-year statute of limitations on the filing of federal habeas petitions by state prisoners "by a person in custody pursuant to the judgment of a State Court." <u>28 U.S.C. §2244 (d)(1)</u>

In this Case, the one-year statute of limitations tolling period began to run upon filing the first application for state court review <u>Carey V Saffold</u>, 536 U.S. 214, 217-220, 122 S.Ct. 2134, 153 L Ed 2d 260 (2002) and included the interval between dismissal of one state application and the filing of the next ("an interval period of time of 30 to 60 days, <u>Evans V Chavis</u>, 546 U.S. at 199-201).

Therefore, petitioner is entitled to statutory tolling from the date he filed his California Supreme Court on August 1, 2007 to the date of the California Supreme Court's denial on January 16, 2008 and to including the filing of his federal petition of Writ of Habeas Corpus on January 23, 2008.

In conclusion, under the AEDPA statutory tolling of 365 days, petitioner still had 83 days of tolling left when he filed his federal petition on January 23, 2008; and, therefore, not barred by the AEDPA statute of limitations. 3/

Based on the foregoing, petitioner requests the Court to grant his petition of Writ of Habeas Corpus.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/21/08

Respectfully submitted,
ALEJANDRO ALVE

---

3/ From October 23, 2006 to August 1, 2007, there is a time span of 282 days.

E X H I B I T

"A"

CALIPATRIA STATE PRISON
LEGAL MAIL LOG

DATED: Monday, April 28, 2008

| CDC NO | INMATE NAME | DATE MAILED | ADDRESSEE | ADDRESS | CITY | ZIP | COMENTS |
|---|---|---|---|---|---|---|---|
| B77176 | ALVE | 4/6/05 | U.S. DIST. CRT. | 880 FRONT ST., SUI | S.D., CA | 92101 | |
| B77176 | ALVE | 4/8/05 | SUPERIOR CRT. OF | 939 MAIN ST. | EL CENTRO, CA | 92243 | |
| B77176 | ALVE | 4/8/05 | DIRECTOR OF COR | P.O. BOX 942883 | SAC., CA | 94283 | ATTN: CHIEF I/M APP |
| B77176 | ALVE | 4/8/05 | BENETH A. BROWN | 300 S. SPRING ST. | LA, CA | 90013 | |
| B77176 | ALVE | 4/18/05 | U.S. DIST. CRT. | 880 FRONT ST., SUI | S.D., CA | 90012 | |
| B77176 | ALVE | 4/20/05 | BENETH A. BROWN | 300 S. SPRING ST., | LA, CA | 90013 | |
| B77176 | ALVE | 4/20/05 | SUPERIOR CRT. OF | 939 MAIN ST. | EL CENTRO, CA | 92243 | |
| B77176 | ALVE | 5/13/05 | BOARD OF PRISON | 1515 K ST. | SAC., CA | 95814 | ATTN: MISS LANA WO |
| B77176 | ALVE | 6/14/05 | U.S. CRT. OF APPEA | 95 7TH ST. | SAN FRANCISCO, C | 94119 | ATTN: 9TH CIRCUIT |
| B77176 | ALVE | 7/11/05 | SUPERIOR CRT. | 939 MAIN ST. | EL CENTRO, CA | 92243 | ATTN: SMALL CLAIMS |
| B77176 | ALVE | 8/1/07 | SUPREME CRT. OF | 350 MCALLISTER ST | S.F., CA | 94102 | ATTN: CLERK OF THE |
| B77176 | ALVE | 12/16/05 | BOARD OF PRISON | 1515 K ST. | SAC., CA | 95814 | |
| B77176 | ALVE | 1/20/06 | CRT. OF APPEAL FO | 750 B ST., SUITE 300 | S.D., CA | 92101 | |
| B77176 | ALVE | 1/20/06 | DIST. ATTY'S OFC. | 939 MAIN ST. | EL CENTRO, CA | 92233 | |
| B77176 | ALVE | 1/20/06 | SUPERIOR CRT. | 939 MAIN ST. | EL CENTRO, CA | 92243 | |
| B77176 | ALVE | 3/22/06 | SUPREME CRT. OF | 300 S. SPRING ST. | LA, CA | 90013 | |
| B77176 | ALVE | 3/22/06 | SUPERIOR CRT. | 939 MAIN ST. | EL CENTRO, CA | 92243 | ATN: JEFFREY B. JON |
| B77176 | ALVE | 3/30/06 | SUPERIOR CRT. | 222 W. BROADWAY | S.D., C | 92101 | |
| B77176 | ALVE | 5/19/06 | SPR CT OF THE STA | 222 W BROADWAY | SD CA | 92101 | |
| B77176 | ALVE | 5/19/06 | MICHELLE MORRIS | 5267 WARNER AVE | HNGTN BCH CA | 92649 | |
| B77176 | ALVE | 5/30/06 | CT OF APPL | 750 B ST | SD CA | 92101 | |
| B77176 | ALVE | 5/30/06 | BENETH BROWNE D | 300 S SPRING ST | LA CA | 90013 | |

| CDC NO | INMATE NAME | DATE MAILED | ADDRESSEE | ADDRESS | CITY | ZIP | COMENTS |
|---|---|---|---|---|---|---|---|
| B77176 | ALVE | 5/30/06 | IMP CNTY SPR CT | 939 MAIN ST | EC CA | 92243 | |
| B77176 | ALVE | 5/30/06 | APPLT DEF INC | 555 W BEECH ST | SD CA | 92101 | |
| B77176 | ALVE | 6/20/06 | SPR CT OF CAV | 220 W BROADWAY | SD CA | 921112 | |
| B77176 | ALVE | 6/23/06 | SPRM CT OF CA | 350 MCALLISTER ST SF CA | | 94102 | |
| B77176 | ALVE | 6/23/06 | THE HON RAYMOND | 939 MAIN ST | EC CA | 92243 | |
| B77176 | ALVE | 6/23/06 | APPLT DEF INC | 555 W BEECH ST | SD CA | 92101 | |
| B77176 | ALVE | 6/23/06 | BENETH BROWNE D | 300 S SPRING ST | LA CA | 90013 | |
| B77176 | ALVE | 6/23/06 | CT OF APPL | 750 B ST | SD CA | 92101 | |
| B77176 | ALVE | 7/27/06 | SUPRM CRT CA, CLK | 350 MCALLISTER ST SF CA | | 94102 | |
| B77176 | ALVE | 8/28/06 | CRT APL, 4TH APLT | 750 B ST | SD CA | 92101 | |
| B77176 | ALVE | 9/7/06 | DIR CORR | POB 942883 | SAC CA | 94283 | CHF INMT APLS |
| B77176 | ALIVE | 11/9/06 | U.S. DIST. CRT. SO. | 880 FRNT. ST. | SAN DIEGO, CA. | 92243 | |
| B77176 | ALVE | 11/9/06 | SUPR. CRT. CO. OF | 1939 MAIN ST. | EL CENTRO, CA. | 92243 | |
| B77176 | ALVE | 12/22/06 | CRT. APPLS. 4TH AP | 750 "B" ST. | SAN DIEGO,CA. | 0 | |
| B77176 | ALVE | 1/16/07 | US DIST COURT | 880 FRONT ST | S.D., CA | 0 | |
| B77176 | ALVE | 1/25/07 | I/M APPEALS BRAN | P.O. BOX 942883 | SAC., CA | 94283 | B |
| B77176 | ALVE | 1/31/07 | U.S. DIST. CRT. | 880 FRONT ST., SUI | S.D., CA | 92101 | |
| B77176 | ALVE | 3/26/07 | U.S. DIST .CRT. | 880 FRONT ST., SUII | S.D., CA | 92101 | |
| B77176 | ALVE | 3/26/07 | HEATHER BUSHMA | 110 W. A ST., SUITE | S.D., CA | 92101 | |
| B77176 | ALVE | 8/23/07 | DIRECTOR OF COR | P.O. BOX 942883 | SAC., C | 94283 | ATTN: CHIEF, I/M APP |
| B77176 | ALVE | 8/31/07 | DIST. ATTY. OFC. | 939 MAIN ST. | EL CENTRO, CA | 92243 | |
| B77176 | ALVE | 8/31/07 | SUPERIOR CRT. OF | 939 MAIN ST. | EL CENTRO, CA | 92243 | |

E X H I B I T

"B"

SUPERIOR COURT, IMPERIAL COUNTY

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE

CASE No. EHC-00713

DATED: March 9, 2006

FILED

MAR 9 2006

SUPERIOR COURT
IMPERIAL COUNTY C...
[signature]

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF IMPERIAL

In the Matter of:

ALEJANDRO ALVE,

On Habeas Corpus.

Case No. EHC-00713

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, an inmate at the Calipatria State Prison, filed a Petition for Writ of Habeas Corpus on January 23, 2006. Petitioner challenges a determination by the Board of Prison Terms that he is unsuitable for parole.

The petition is denied without prejudice for the following reasons: The petition is incomplete, in that Petitioner has failed to complete paragraphs 3, 4, 5, 6, 7, 8, 9, 15 and 16 of the petition form. A Petition for Habeas Corpus challenging a denial of parole must be filed in the sentencing court. *In re Roberts*, 36 Cal.4th 575. This Court cannot determine from the petition filed whether the petition is filed in the appropriate venue.

DATED: March 9, 2006

[signature]
JEFFREY B. JONES
Presiding Judge of the Superior Court

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF IMPERIAL**

☐ 220 Main Street
Brawley, CA 92227

☐ 415 4th Street
Calexico, CA 92231

☒ 939 Main Street
El Centro, CA 92243

☐ PO Box 1087
2124 Winterhaven Drive
Winterhaven, CA 92243

☐ Jail Division
328 Applestill Road
El Centro, CA 92243

☐ Juvenile Division
324 Applestill Road
El Centro, CA 92243

FILED
MAR 9 2006
SUPERIOR COURT
IMPERIAL COUNTY C
JOSE O. GUILLEN
LYDIA ANTUNEZ

**Alejandro Alve**
   Plaintiff/Petitioner,

vs.

**George Guirbino, Warden**
   Defendant/Respondent.

Case No. EHC00713

**DECLARATION OF MAILING**

State of California, County of Imperial

I, the undersigned, certify under penalty of perjury, that I am a Deputy Clerk of the above entitled Court and not a party to the within action; that on March 9, 2006, I mailed a true and correct copy of the ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS to each of the persons listed below, by depositing such notice in the United States Mail, enclosed in sealed envelopes with postage prepaid:

Alejandro Alve
CDC #B-77176
c/o Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

JOSE O. GUILLEN, COURT EXECUTIVE OFFICER

Dated: March 9, 2006

By: _____
     Deputy Clerk

Page 1 of 1

ALEJANDRO ALVE, B-77176
CALIPATRIA STATE PRISON
P.O. BOX. 5002
CALIPATRIA, CA., 92233-5002



IMPERIAL COUNTY SUPERIOR COURT
939 WEST MAIN STREET
EL CENTRO, CA., 92243

Re:  ALEJANDRO ALVE v. L.E. SCRIBNER

[Habeas Corpus Petition]

To the Clerk of the above-entitled Court:

Sometime in January 2006, I submitted for filling with this Court my State petition for Writ of Habeas Corpus, however, my Petition was not decided by this Court. Instead, I was directed to file my Petition in the Superior Court of San Diego County.

Presently, I have a federal habeas petition pending in the U.S. District Court for the Southern District of California, Case No. 08-CV-0162 W (LSP), which will decide if whether my federal petition is timely or if whether I am entitled to tolling of limitations period proscribed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). (See 28 U.S.C. 2244(d)) Generally, a state prisoner has one-year from the date upon which a judgment becomes final in which to seek federal habeas relief. (Id)

Here, the Attorney General alleges that I filed my state habeas corpus petition on June 19, 2006, which is actually the date I filed my subsequent state petition in San Diego County, as I was directed to do so by this Court.

Thus, if possible, I would like to request a printout of the Civil Case Docket Sheet and other helpful information (e.g., notices issued by the Clerk) regarding my state habeas petition filed with this Court in January 2006.

Although the Court did file the above-entitled Case, I do not know the Case No. that it was assigned to it.

This information is needed to support a statutory tolling claim in my federal proceedings, and your personal assistance with this matter is highly appreciated.

Dated: 5/22/08

Sincerely,

ALEJANDRO ALVE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ALEJANDRO ALVE                          Case No.  08 CV 0162 W (LSP)

          Petitioner,

V.                                      PROOF OF SERVICE

L.E. SCRIBNER, WARDEN,

          Respondent.

I the undersigned hereby certify that I am over the age of eighteen years, and am a party to the above-entitled Action.

On _____, I served a copy of:

OPPOSITION TO RESPONDENT'S MOTION TO DISMISS

By placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 FRONT STREET, SUITE 4290
SAN DIEGO, CA., 92101-8900

LINNEAD D. PIAZZA
DEPUTY ATTORNEY GENERAL
110 WEST A STREET, SUITE 1100
SAN DIEGO, CA., 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/21/08

ALEJANDRO ALVE

-5-